UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
In re:                                          :
                                                :    Chapter 7
                                                :    Case No. 02-37845 (CGM)
         JULIE CHRISTIANA,                      :
                                                :
                    Debtor.                     :
------------------------------------------------------x

## MEMORANDUM DECISION AND ORDER
## DENYING APPLICATION FOR UNCLAIMED DIVIDEND

GE Money Bank as issuer of J.C. Penney credit card, by its attorney in fact J. Armstrong Duffield, filed this application pursuant to 28 U.S.C. §§ 2041 et seq., to recover an unpaid dividend owed to J.C. Penney in the sum of $1,163.54. The underlying proof of claim was filed by the chapter 7 trustee on behalf of J.C. Penney, and stated that notices should be sent to American Recovery Systems, Inc., 1699 Wall Street, Suite 300, Mt. Prospect, Illinois 66056. Although the Application alleges that GE Money Bank is the issuer of the J.C. Penney credit card, it fails to demonstrate that the claim relates to a credit card debt, and if it does, that GE Money Bank has the legal right to collect the claim in its own name. Accordingly, the Application is denied.

So ordered.

Dated: New York, New York
       December 30, 2009

/s/ *Stuart M. Bernstein*
STUART M. BERNSTEIN
Chief United States Bankruptcy Judge

**TO:**

American Recovery Systems, Inc.
1699 Wall Street, Suite 300
Mt. Prospect, Illinois 66056

J. Armstrong Duffield
American Property Locators
3855 South Boulevard, Suite 200
Edmond, OK 73013