# UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF THE STATE OF NEW YORK

IN RE:
Julie Christiana,

               DEBTOR

)
) Case No. 02-37845
)   (Chapter 7)
)
)

## ORDER DIRECTING PAYMENT
## OF FUNDS TO CREDITOR/CLAIMANT

On the application of GE Money Bank as issuer of J. C. Penney credit card (the "Claimant") a claimant in the captioned case for an order directing payment of funds held in the registry of the Court, in accordance with 28 U.S.C. § 2041 et. seq., it is hereby ordered that the clerk shall pay GE Money Bank as issuer of J. C. Penney credit card the sum of $1,163.54 c/o American Property Locators, Inc., J. Armstrong Duffield, 3855 S. Boulevard, Suite 200, Edmond, OK 73013) attached to the application.

Dated this ____ day of _____, 2009.


_____
United States Bankruptcy Judge

CC:
J. Armstrong Duffield-APL
3855 S. Boulevard, Suite 200
Edmond, OK 73013

# UNITED STATES BANKRUPTCY COURT
Southern District of New York

In re:  Julie Christiana

Case No. 02-37845

Affidavit for Reimbursement
Of Unclaimed Funds

State of ___Florida___

County of ___Lee___

FEI Number 14-0689340

I, Francisco Gonzalez , Financial Analyst, J C Penney,GE Global Business Services
4211 Metro Parkway, Ft. Myers, FL, being duly sworn, deposes and says:

That J C Penney is a creditor of the above named bankruptcy.  That GE Money Bank is
the issuer of the JCPenney Card.

That Julie Christiana  was duly adjudged a debtor/bankrupt in the United States
Bankruptcy Court for the Southern District of New York.  That said creditor duly filed
his/her claim, which was thereafter duly allowed.  Dividends amounting to the sum of
$1,163.54  remain unpaid.

That the said claim has not been sold or assigned, and that it is still the property of
deponent.

It is therefore requested that the Clerk of this Court pay to GE Money Bank, c/o
American Property Locators, Inc., 3855 S. Boulevard, Suite 200, Edmond, OK 73013 the
amount of $1,163.54.

_____
Signature of Creditor (Francisco Gonzalez)

**(corporate seal)**

Sworn and subscribed to before me this
14 day of August , 2009

_____
Notary Public

LORI LAMANTATY Seal
MY COMMISSION # DD 786653
EXPIRES: July 2, 2012
Bonded Thru Notary Public Underwriters

*Notary, please attach your certificate from the state authorizing you as a
notary.*

# STATE OF FLORIDA

Executive Department

I, Charlie Crist, Governor of Florida, by virtue of the authority vested in me
by the Constitution and Laws of this State,
do hereby commission

## Lori Lamaritata

to be

## NOTARY PUBLIC

in and for the State of Florida

from July 3, 2008 through July 2, 2012 and in the
Name of the People of the State of Florida to have, hold and exercise the said office and
all the powers and responsibilities appertaining thereto, and to receive the privileges
and emoluments thereof in accordance with the law,
In Testimony Whereof, I do hereunto set my hand and cause to be affixed the
Great Seal of the State, Tallahassee, Florida.



_Secretary of State_        N P U

_Governor_

NOTARY NO.
921673

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF THE STATE OF NEW YORK**

|  |  |
|---|---|
| | ) |
| IN RE: | ) **Case No. 02-37845** |
| **Julie Christiana,** | ) **(Chapter 7)** |
| | ) |
| **DEBTOR** | ) |

**APPLICATION FOR ORDER DIRECTING PAYMENT
OF FUNDS TO CREDITOR/CLAIMANT PURSUANT TO
11 U.S.C. SECTION 347 AND 28 U.S.C. SECTIONS 2041 ET. SEQ.**

GE Money Bank as issuer of "J. C. Penney" credit card (the "Claimant") a claimant in the captioned case respectfully requests as follows:

1. Claimant was a creditor of the Debtor and was due to receive and the trustee did, in fact, make a distribution from the estate to the Claimant in the amount of approximately $1,163.54. The Claimant was not located and the funds of the Claimant were paid into the Court pursuant to 11 U.S.C. § 347.

2. Pursuant to 11 U.S.C. § 347 and chapter 129 of title 28, United States Code, the Claimant requests that the Court issue an order directing payment to the Claimant and that payment be made in care of the party set forth below.

WHEREFORE, Claimant requests that the Court issue an order directing payment of all funds held by the Court for the Claimant in this case and for such further and other relief as is just and appropriate.

GE Money Bank as issuer of J. C. Penney credit card
Tax ID #: 14-0689340

By: _____
J. Armstrong Duffield, American Property Locators, Inc.
3855 S. Boulevard, Suite 200
Edmond, OK 73013
(405) 341-9001

## Limited Power of Attorney
## For Recovery of Funds

**I, Francisco Gonzalez,** do hereby appoint J. Armstrong Duffield of **American Property Locators, Inc. (APL),**

exclusive agent, to seek and recover or cause to be recovered, the undistributed, unclaimed,

uncashed or undelivered tenders of funds of **General Electric Co.** in the amount of **$1,163.54**

held by any federal, provincial, state or other government entity, or any agency or

subdivision thereof.

However, **American Property Locators, Inc.** may not incur any cost on my

Behalf or to make an expenditure on my behalf unless such authority is given in a separate

writing signed by me. Undistributed, unclaimed or undelivered tenders of funds shall be directed

to the attention of American Property Locators unless directed otherwise.

This letter of authorization shall automatically expire one year from the date

hereof; provided, however that such expiration shall be ineffective as to any claim relating

to a recovery made by **American Property Locators, Inc.** prior to the time of such

expiration.

Signed this 14 th day of August , in the year **2009.**

General Electric Company

_____    **Finance Analyst, GE Company**
By:(Name, Title)

State of        **Florida**

County of       **Lee**

Acknowledged by me on this 14 th day of August , **2009,**

**Francisco Gonzalez,**     Finance Analyst, GE Company                    to me well known to

be the individual describer here in the foregoing instrument and acknowledged the execution

thereof to be his free action deed.

Before me: _Lori Lamaritata_
Notary Public

(Notary Seal) My Commission expires: 7/2/2012

LORI LAMARITATA
MY COMMISSION # DD 786653
EXPIRES: July 2, 2012
Bonded Thru Notary Public Underwriters

## CERTIFICATE OF MAILING

I hereby certify that on October 1, 2009 I have mailed a true and correct copy of the foregoing APPLICATION FOR ORDER DIRECTING PAYMENT OF FUNDS TO CREDITOR/CLAIMANT PURSUANT TO 11 U.S.C. SECTION 347 AND 28 U.S.C. SECTIONS 2041 ET. SEQ. to:

United States Attorney
Sean Lane, Chief, Tax Unit
86 Chambers Street
New York City, NY 10007

J. Armstrong Duffield



Mark J. Krakowiak
Vice President
Risk, Insurance & Industrial
Financing

GE
3135 Easton Turnpike
W3F
Fairfield, CT 06828
USA

T +1 203 373 2088
F +1 203 373 3842
mark.krakowiak@ge.com

# STATEMENT OF AUTHORITY

The undersigned being duly sworn, states that Francisco Gonzalez, Finance and Auditing Analyst, is authorized to execute claim documents on behalf of General Electric Company and its subsidiaries, as required for any and all claim(s) submitted for Unclaimed Lost or Abandoned Property on the Company's behalf.

GENERAL ELECTRIC COMPANY

By: _____

Mark J. Krakowiak
Vice President – Risk, Insurance and Industrial Financing of General Electric Company
3135 Easton Turnpike-W3F
Fairfield, CT 06828
(203) 373-2088

Subscribed and sworn before me this _3_ day of _March_, 2008

My commission expires _____

ANDREW A. LILEIKA
Notary Public, State of Connecticut
My Commission Expires Jan. 31, 2011



**Francisco Gonzalez**
Finance & Internal Audit Analyst

T +1 239 275 2432
M +1 239 682 0552
francisco.gonzalez5@ge.com

GE
4211 Metro Parkway
Fort Myers, Fl 33916
USA
GE Corporate



**Florida** *The Sunshine State*

DRIVER LICENSE CLASS E
G524-241-77-332-0

F A GONZALEZ -RODRIGUEZ
13885 CLETO DR
ESTERO, FL 33928
DOB 09-12-1977 SEX: M HGT: 5-07

ORGAN DONOR
N700609210115 SAFE DRIVER
Operation of a motor vehicle constitutes consent to any sobriety test required by law.



# online credit center.

it's all inside.

JCPenney

jcp.com

home | my account | pay my bill | benefits | privilege | fraud protection | FAQs

Thursday, March 01, 2007

# welcome

## open an account now!



Click here



save 10% today!*

Off your first online purchase with your JCPenney Card

■ **View my account**
Access your account information and a range of e-Services, or send us a secure message online.

■ **Pay my bill**
View and pay your JCPenney Card bill online.

■ **Shop with Confidence**
Fraud protection with zero fraud liability for unauthorized use.**

■ **Check out our special merchandise offers**
Available through your monthly statement.

■ **Earn JCPenney Privilege® Benefits**
More Privileges, More Benefits with the JCPenney Privilege® Gold Card and JCPenney Privilege® Platinum Card.

■ **Protect your good name and your credit**
Receive your credit report by enrolling in *Identity Track.*

**Save throughout the year with 12 exclusive cardmember offers.**
Click here for more details.

*Offer for new accounts. Subject to credit approval. Some restrictions and exclusions apply. Click here for details

**You will not be held liable in the event of unauthorized use. You agree that unauthorized use does not include use by a person to whom you have given authority to use the account or card and that you will be liable for all use by such a person.

Welcome to the JCPenney Online Credit Center operated by GE Money Bank ("GEMB"), the issuer of the JCPenney Card. We encourage you to read our Privacy Policy and Web Site Usage Agreement (en español Política de Confidencialidad / Contrato de Uso de Sitio Web) which govern the use of the JCPenney Card Online Credit Center. Please note this privacy policy and web site usage agreement may differ from those of any website that you may have previously visited.

FORM B10 (Official Form 10) (04/04)

| UNITED STATES BANKRUPTCY COURT Southern | DISTRICT OF New York | PROOF OF CLAIM |

| Name of Debtor Julie Christiana | Case Number 02-37845 |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property):

JC Penney

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

Name and address where notices should be sent:

American Recovery Systems, Inc
1699 Wall St. Suite 300
Mt. Prospect, IL 66056

Telephone number:

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

RECEIVED
JAN -- 2007
U.S.
THIS SPACE IS FOR COURT USE ONLY

Account or other number by which creditor identifies debtor:

002016593

Check here ☐ replaces a previously filed claim, dated:_____
if this claim ☐ amends

1. Basis for Claim
☑ Goods sold
☐ Services performed
☐ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☐ Other _____

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries, and compensation (fill out below)
   Last four digits of SS #: _____
   Unpaid compensation for services performed
   from _____ to _____
       (date)           (date)

2. Date debt was incurred:

3. If court judgment, date obtained:

4. Total Amount of Claim at Time Case Filed: $ 952.50 _____ _____ 952.50
   (unsecured)    (secured)    (priority)    (Total)

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

5. Secured Claim.
☐ Check this box if your claim is secured by collateral (including a right of setoff).

Brief Description of Collateral:
☐ Real Estate  ☐ Motor Vehicle
☐ Other _____

Value of Collateral: $_____

Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____

6. Unsecured Nonpriority Claim $ 952.50

☑ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

7. Unsecured Priority Claim.
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority $_____
Specify the priority of the claim:
☐ Wages, salaries, or commissions (up to $4,925),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(4).
☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C § 507(a)(6).
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units-11 U.S.C. § 507(a)(8).
☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

8. Credits: The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

9. Supporting Documents: Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

10. Date-Stamped Copy: To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

| Date 1-3-07 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): _____ Trustee Michael O'Leary, Trustee |

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

Filed pursuant to FRBP Rule 3004

# American Property Locators, Inc.

**3855 S. Boulevard, Suite 200**
**Edmond, OK 73013**

Fax (405) 340-5968



R E C E I V E D
OCT 2 8 2009
U.S. BANKRUPTCY COURT (800) 750-4343
SO. DIST. OF NEW YORK (405) 340-4900

R E C E I V E D
OCT - 6 2009
U.S. BANKRUPTCY COURT
SO. DIST. OF NEW YORK

October 1, 2009

U.S. Bankruptcy Court
SOUTHERN DISTRICT OF NEW YORK
Attn: Financial Section
Alexander Hamilton Custom House
One Bowling Green 6th Floor
New York City, NY 10004-1408

Re:     SOUTHERN DISTRICT OF NEW YORK APPLICATION FOR ORDER
DIRECTING PAYMENT OF FUNDS TO CREDITOR/CLAIMANT

Dear Financial Section:

Enclosed is an Application for order Directing Payment of Funds to Creditor/Claimant relating to the following matter:

Case No:              02-37845-

Debtor:               Julie Christiana

Creditor/Claimant:    GE Money Bank as issuer of J. C. Penney credit card

Amount:               $1,163.54

Please forward a file stamped copy of the application and order along with the payment for this entity to the undersigned at the above address. Thank you for your assistance in this matter.

Sincerely,

J. Armstrong Duffield

JAD/kc
Enclosures

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
POUGHKEEPSIE DIVISION

In Re:                                          Case No. 02-37845-CGM
CHRISTIANA, JULIE                               Chapter 7

                    Debtor(s).

TO THE HONORABLE Cecelia G. Morris
UNITED STATES BANKRUPTCY JUDGE

### TRANSMITTAL OF UNCLAIMED FUNDS

MICHAEL O'LEARY, trustee of this estate, reports the following:

1.      Ninety days have passed since final distribution under 11 U.S.C. Section 726 was made in

this case. Your trustee has voided/stopped payment on all checks remaining unpaid. The

names of the persons to whom such unnegotiated distribution checks were issued, the

amount of such checks, and their last known addresses are:

| | | |
|---|---|---|
| #106 | CONCOVENANT MANAGEMENT FOR MBNA BANK<br>SOUTH 600 17TH ST<br>DENVER, CO 80202 | $1,897.99 |
| #108 | J C Penney<br>America Recovery Systems Inc.<br>1699 Wall Street, Suite 300<br>Mt. Prospect, IL 66056 | $1,163.54 |
| #110 | National Finance Systems, Inc.<br>6851 Jericho Turnpike<br>PO Box 9013<br>Syosset,, NY 11791 | $2,968.91 |
| #112 | Verizon Wireless<br>Mid Hudson Mall<br>North Plank Rd.<br>Newburgh,, NY 12550 | $695.07 |

2.     Your trustee's check for $6,725.51, payable to the clerk of the Court, is attached to this

report and list.

3.     Nothing further remains to be done in this case.

Dated: February 17, 2009
       Middletown, New York                    /s/ Michael O'Leary

                                               _____

                                               MICHAEL O'LEARY, Trustee